CHARLES J. GOULD et al., appellants,

*v*

EMMA R. GOULD et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Gould* v. *Gould, 8 Stew. Eq. 37.*

Sayre's Executors *v.* Sayre.

*Mr. George W. Hubbell,* for appellants.

*Messrs. C. & R. Wayne Parker,* for respondents.

Per Curiam.

This decree unanimously affirmed for the reasons given by the chancellor.